er in the Vehicle Code support different merger rules for license suspension purposes than for criminal sentencing purposes?

## TRIBUNE COMPANY, Objector

v.

RELIANCE INSURANCE COMPANY IN LIQUIDATION (Ancillary Matter to In re Reliance Insurance Company in Liquidation No. 1 Rel 2001).

Appeal of Tribune Company, Objector.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

### ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2013, the order of the Commonwealth Court is **AFFIRMED.**

Thomas D. KIMMETT, Appellant

v.

Kathleen G. KANE, Individually and in her Official Capacity as Attorney General of The Commonwealth of Pennsylvania; and The Office of Attorney General of The Commonwealth of Pennsylvania; and Stephen L. Brandwene, Individually and In His Current (or Former) Official Capacity as Deputy Attorney General of The Commonwealth of Pennsylvania; and Brian E. Nutt, Individually and In His Official Capacity as Chief of Staff of The Office of Attorney General of The Commonwealth of Pennsylvania; and Louis J. Rovelli, Individually and In His Official Capacity as Executive Deputy Attorney General of The Commonwealth of Pennsylvania; and Does 1–5, Office of Attorney General; and Does 6–10, Pennsylvania Department of Revenue, Appellees.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

### ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2013, the order of the Commonwealth Court is **AFFIRMED.**